**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS**

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | | |
|---|---|---|---|
| **CASE TITLE** | **DISTRICT** | **DOCKET NUMBER** | |
| | **JUDGE** | **APPELLANT** | |
| | **COURT REPORTER** | **PRO SE APPELLANT** | |

**Check the applicable provision:**
- ☐ I am ordering a transcript.
- ☐ I am not ordering a transcript.

    **Reason for not ordering a transcript:**
    - ☐ Copy is already available
    - ☐ No transcribed proceedings
    - ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- ☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**
- ☐ **PREPARE TRANSCRIPT OF TRIAL**
- ☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**
- ☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| *Wentworth Rattray* | |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017