**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 10, 2025
Docket #: 25-700
Short Title: Rattray v. Cadavid

DC Docket #: 1:17-cv-8560
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Paul G. Gardephe

## NOTICE OF DEFECTIVE FILING

On September 10, 2025 the Brief, Appendix on behalf of the Appellant Wentworth G. Rattray, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
     _____ Missing proof of service
     _____ Served to an incorrect address
     _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**\_\_\_X\_\_\_ Defective cover *(FRAP 32)*- missing contact information on cover and also missing a signature page.**
**\_\_\_X\_\_\_ Incorrect caption *(FRAP 32)*- please follow this court's caption as it appears on the docket. See next page for correct caption.**
     _____ Wrong color cover *(FRAP 32)*
     _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing

**\_\_X\_\_\_ Incorrect Filing Event – Please re-file the brief using filing event "Appellant-Petitioner Brief FILED". When re-filing the appendix, be sure the filename does not contain special characters and re-file using filing event "Appendix FILED". Be sure to submit (6) brief paper copies and (3) appendix paper copies once an email notification is received of a "Cured Defective Document".**

_____ Other: _____

---

**Wentworth Rattray,**

      **Plaintiff-Counter-Claimant-Appellant,**

**v.**

**Police Officer Jose Cadavid, Badge #9085, in his individual and official capacity, Police Officer Alyssa Trigueno, in her individual and official capacity,**

      **Defendants-Counter-Defendants-Appellees,**

**Police Officer Sgt. Mervin Bautista, in his individual and official capacity, The City of New York,**

      **Defendants-Appellees.**

---

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than September 12, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.