**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 18, 2025
Docket #: 25-700
Short Title: Rattray v. Cadavid

DC Docket #: 1:17-cv-8560
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Paul G. Gardephe

**NOTICE OF DEFECTIVE FILING**

On September 18, 2025 the Appendix, on behalf of the Appellant Wentworth G. Rattray, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**\_\_X\_\_ Defective cover *(FRAP 32)* – missing cover page. See Appendix sample attached.**
 _____ Incorrect caption *(FRAP 32)*
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
**\_\_X\_\_ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)* – Pages of the appendix must be numbered.**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

==X== **Other: An Appendix must include a copy of the district court docket report, judgement or order being appealed and notice of appeal. These documents may be included at the end of the appendix. Do not make any other changes except for those highlighted in this notice. If appellant requires additional time, a motion for extension is required, otherwise, the appendix must be cured no later than September 22, 2025.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than September 22, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

**Inquiries regarding this case may be directed to 212-857-8543.**